# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

TROY K. SCHEFFLER,                                    CIVIL NO.  15-CV-4504  (RHK/TNL)

      PLAINTIFF,

V.                                                                    **ORDER**

TAPFURY LLC, TAPFURY, INC., KICKBACK,
INC., AND PRANKDIAL, LLC,

      DEFENDANTS.

---

TO:    Plaintiff and Plaintiffs' attorney:  Peter J. Nickitas, 431 South Seventh Street, Suite 2446, Minneapolis, MN 55415.

       Defendants and Defendants' attorneys:  Chelsea A. Walcker, Robins Kaplan LLP, 399 Park Avenue, Suite 3600, New York, NY 10022; Michael D. Reif, Robins Kaplan LLP, 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402.

       On April 6, 2017, a motion to dismiss (ECF No. 33) was filed in this matter.

**IT IS HEREBY ORDERED:**

1. Within 30 days of the motion being decided, Plaintiff shall contact the chambers of Magistrate Judge Tony Leung, by letter or e-mail, for the purpose of scheduling the pretrial conference.

2. Failure to comply with this Order or any other prior consistent Order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and the like, including without limitation: assessment of costs, fines and attorneys' fees and disbursements; waiver of rights to object; exclusion or limitation of witnesses, testimony, exhibits and other evidence; striking of pleadings; complete or partial dismissal with prejudice; entry of whole or partial default judgment; and/or any other relief that this Court may from time to time deem appropriate.

Dated: April 7, 2017

                             *s/Tony N. Leung*
                         Magistrate Judge Tony N. Leung
                         United States District Court